# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000.00 Fine |
| | NMT 3 Years Supervised Release |
| REGINALD ABBOTT, | $100 Mandatory Special Assessment |
| [DOB: 08/11/1979] | Class C Felony |

**CRIMINAL COMPLAINT**

**Case Number: 18-mj-000152-LMC(JTM)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about October 13, 2018, in the Western District of Missouri, the defendant, REGINALD ABBOTT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Smith and Wesson, .40 caliber semi-automatic handgun, Serial Number FX2U015027, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Detective of the Kansas City, Missouri Police Department Illegal Firearms Squad and that this complaint is based on the facts contained within the attached Affidavit and incorporated herein as if set out word for word.

Aaron Riley, Detective
Kansas City, Missouri Police Department

Sworn to before me and subscribed in my presence,

October 15, 2018 at Kansas City, Missouri
Date                                            City and State

HONORABLE
United States Magistrate Judge John T. Maughmer
Name and Title of Judicial Officer          Signature of Judicial Officer